IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALEXANDRA M. GAY,** | 10-CV-773-ST |
| Plaintiff, | ORDER |
| v. | |
| **BLOUNT, INC.**, a foreign business corporation, as successor to **CARLTON COMPANY, INC.**, a domestic business corporation, | |
| Defendant. | |

**CRAIG A. CRISPIN**
Crispin Employment Lawyers
1834 SW 58th St.
Suite 200
Portland, OR 97211
(503) 293-5759

       Attorneys for Plaintiff

1 - ORDER

**ROBERT LANE CAREY**
**KRISTIN L. BREMER**
Tonkon Torp LLP
888 SW 5th Avenue
Suite 1600
Portland, OR 97204
(503) 802-2032

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on April 28, 2011, in which she recommends this Court grant Plaintiff's Motion (#15) for Partial Summary Judgment as to Plaintiff's Second Claim on liability and deny Plaintiff's Motion (#15) as to Plaintiff's Fourth Claim. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2 - ORDER

Recommendation (#34).  Accordingly, the Court **GRANTS** Plaintiff's Partial Motion (#15) for Summary Judgment as to Plaintiff's Second Claim on liability and **DENIES** Plaintiff's Motion (#15) as to Plaintiff's Fourth Claim.

    IT IS SO ORDERED.

    DATED this 13th day of June, 2011.

                       /s/ Anna J. Brown

                       ANNA J. BROWN
                       United States District Judge